BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2799

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CV-03209-GEB-DAD |
| | ) | |
| Plaintiff, | ) | FINAL JUDGMENT OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| 2007 GMC SIERRA 1500 SLE TRUCK, | ) | |
| VIN: 2GTEK13M071563469, | ) | |
| LICENSE NUMBER: 8H94011, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

   1.   This is a civil forfeiture action against a 2007 GMC Sierra 1500 SLE Truck, VIN: 2GTEK13M071563469, License Number: 8H94011, (hereinafter "defendant vehicle"), seized on or about June 21, 2010.

   2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 30, 2010, alleging that said defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6).

   3.   On December 1, 2010, the Clerk issued a Warrant for

Arrest for the defendant vehicle, and that warrant was duly executed on January 27, 2011.

4. Beginning on December 3, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on January 13, 2011.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Joseph Alexander Vnuk
    b. Jeannie Daloian

6. Claimant Jeannie Daloian filed a Verified Claim on January 31, 2011, alleging an interest in the defendant vehicle, and Verified Answer to the Complaint on February 17, 2011. No other parties have filed claims or answers in this matter and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Joseph Alexander Vnuk on March 7, 2011. Pursuant to Local Rule 540, the United States requests that as part of this Final Judgment of Forfeiture the Court enter a default judgment against the interest, if any, of Joseph Alexander Vnuk without further notice.

Based on the above findings, and the files and records of this Court, it is hereby ORDERED AND ADJUDGED as follows:

1. The Court adopts the Stipulation for Final Judgment of

1 Forfeiture entered into by and between the parties to this
2 action.
3     2.   That judgment is hereby entered against claimant Jeannie
4 Daloian, and all other potential claimants who have not filed
5 claims in this action.
6     3.   Upon entry of this Final Judgment of Forfeiture
7 forfeiting the defendant vehicle to the United States, the U.S.
8 Marshals Service shall sell the defendant vehicle in the most
9 commercially feasible manner, as soon as reasonably possible, for
10 the maximum price.  Potential claimant Jeannie Daloian agrees to
11 execute promptly any documents that may be required to complete
12 the sale of the defendant vehicle.
13     4.   Upon the sale of the defendant vehicle, the net sale
14 proceeds, less any storage fees, maintenance fees, disposal costs
15 and auctioneer fees, will be divided as follows:
16         a.   To claimant Jeannie Daloian: $5,000.00 of the net
17             proceeds from the sale of the defendant vehicle.
18         b.   To the United States of America: The remainder of
19             the net sale proceeds.  All right, title, and
20             interest in said funds shall be substituted for
21             the defendant vehicle and forfeited to the United
22             States pursuant to 21 U.S.C. §§ 881(a)(4) and
23             (a)(6), to be disposed of according to law.
24     5.   That the United States and its servants, agents, and
25 employees and all other public entities, their servants, agents,
26 and employees, are released from any and all liability arising
27 out of or in any way connected with the seizure, arrest, or
28 forfeiture of the defendant vehicle.  This is a full and final

1  release applying to all unknown and unanticipated injuries,
2  and/or damages arising out of said seizure, arrest, or
3  forfeiture, as well as to those now known or disclosed.  The
4  parties waived the provisions of California Civil Code § 1542.
5       6.   That pursuant to the stipulation of the parties, and the
6  allegations set forth in the Complaint filed on or about November
7  30, 2010, the Court finds that there was reasonable cause for the
8  seizure and arrest of the defendant vehicle, and a Certificate of
9  Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered
10 accordingly.
11      7.   All parties shall bear their own costs and attorneys
12 fees.
13      8.   The U.S. District Court for the Eastern District of
14 California, Hon. Garland E. Burrell, Jr., District Judge, shall
15 retain jurisdiction to enforce the terms of this Final Judgment
16 of Forfeiture.

Dated:  April 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

///
///
///

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed November 30, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure or arrest of the defendant vehicle, and for the commencement and prosecution of this forfeiture action.

Dated:  April 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge